Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Doris Montoya

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS MONTOYA, | ) Case No.: 2:11-cv-09461 MRW |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,100.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   August 14, 2012

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-